**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOUISIANA PELLETS, INC., et al. [1] | ) | Case No. 16-80162 |
| | ) | |
| Debtor. | ) | Jointly Administration |
| | ) | |

**LIST OF EQUITY SECURITY HOLDERS –**
**LOUISIANA PELLETS, INC.**

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(3), Louisiana Pellets, Inc. states that following is a list of its equity security holders of each class showing the number and kind of interests registered in the name of each holder and the last known address or place of business of each holder:

| Name and Address of Holder | Number and Kind of Interest |
|---|---|
| IPBG Pellets Beteiligungs GmbH<br>Börseplatz 4<br>Vienna 1010<br>Austria | 100% of common stock |

I declare under penalty of perjury that the foregoing information is true and correct.

March 3, 2016

Anna-Kathrin Leibold
President and Chief Executive Officer

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Louisiana Pellets, Inc. (3369) and German Pellets Louisiana LLC (3414). The location of the Debtors' corporate headquarters and service address is: 4915 Highway 125, Urania, Louisiana 71480.

182329v.2