UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

In re:

| | |
|---|---|
| LOUISIANA PELLETS, INC., et al.[1] | Chapter 11 |
| Debtors | Case No. 16-80162 |
| | Jointly Administered |

NOTICE OF APPOINTMENT OF CREDITORS' COMMITTEE

COMES NOW Henry G. Hobbs, Jr., Acting United States Trustee for Region 5, by the undersigned and pursuant to 11 U.S.C. §§1102(a) and 1102(b)(1), hereby gives notice that the following creditors of the above-named debtor(s) are among those holding unsecured claims and are willing to serve and therefore are appointed to serve as a committee of unsecured creditors with the powers enumerated in 11 U.S.C. §1103.

The creditors' committee members' names and addresses are listed on Attachment A, which is incorporated and made a part of this notice. A copy of this notice has been sent to each creditor listed on Attachment A as well as the parties listed on the Certificate of Service.

Date: March 15, 2016

Respectfully submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: */Richard H. Drew*
Richard H. Drew

Richard H.Drew
Trial Attorney, LA #32434
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3554

[1] 1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Louisiana Pellets, Inc. (3369) and German Pellets Louisiana, LLC (3414) (case no. 16-80163). The location of the Debtors' corporate headquarters and service address is: 4915 Highway 125, Urania, Louisiana 71480.

Facsimile no.  (318) 676-3212

ATTACHMENT A

In re LOUISIANA PELLETS, INC., et al, Case No. 16-80162.

NAMES AND ADDRESSES OF MEMBERS OF UNSECURED CREDITORS' COMMITTEE

CHAIRMAN
Entergy Services, Inc. for Entergy Louisiana LLC
Attn: Jon A. Majewski
4809 Jefferson Hwy, Blgd 1, L-JEF-359
Jefferson, LA 70121
(504) 840-2585

James L. Davis Construction
146 Redemption Ln
Ruston LA 71270

Elektro Fischer USA, LP
Attn: Hans Juergen Wich
1230 County Road 1020, Lot 18
Woodville TX 75979

CPM Europe BV
Rijder 2
Zaandam 1507 DN
Netherlands

Winn Timber Products, LLC
Thomas J. Kervin, Owner
P.O. Box 1392
Winnfield LA 71483

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *NOTICE OF APPOINTMENT OF CREDITORS' COMMITTEE* was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

Louisiana Pellets, Inc.
4915 Highway 125
Urania, LA 71480

German Pellets Louisiana, LLC
4915 Highway 125
Urania, LA 71480

C. Davin Boldissar
601 Poydras St., Ste. 2660
New Orleans, LA 70130

***Special Notice Requests:***

Rudy J. Cerone
Sarah E. Edwards
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, LA 70130

Henry A. King
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

Timothy S. Madden
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

Jeffrey M. Burmaster
King, Krebs & Jurgens, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170

Joe E. Marshall, Esq.
Marshall Law
5001 Spring Valley Road, Ste. 400 East
Dallas, Texas 75244-3910

Alan H. Goodman
Breazeale, Sachse & Wilson, L.L.P.
909 Poydras Street, Suite 1500
New Orleans, LA 70112

SilvermanAcampora LLP
Attn: Ronald. J. Friedman, Esq.
Gerard R. Luckman, Esq.
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753

Bradley L. Drell, Attorney at Law
Gold, Weems, Bruser, Sues & Rundell
P. O. Box 6118
Alexandria, LA 71307-6118

Justin T. Mannino, Attorney at Law
Gold, Weems, Bruser, Sues & Rundell
P. O. Box 6118
Alexandria, LA 71307-6118

Daniel S. Bleck, Esq.
Adrienne K. Walker, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Jan M. Hayden
Benjamin W. Janke
Christopher M. Vitenas
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170

Bankruptcy Administration
GE Information Technology Solutions, LLC
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Scott R. Cheatham
Adams and Reese LLP
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139

***20 Largest Unsecured Creditors:***

DKFM Switzerland AB
Spisergasse 12
St. Gallen 9000, Switzerland

TSI Responsible Innovation
20818 44th Ave. West
Suite 201
Lynwood, WA 98036

Luminate, LLC
1801 Broadway, Ste. 1620
Denver, CO 80202-3843

Vecoplan AG
Vor der Bitz 10
Bad Marienbert 56470
GERMANY

Advantous Consulting, LLC
9270 Seigen Lane
Suite 801
Baton Rouge, LA 70810

CPM Europe B.V.
Rijder 2
Zaandam 1507 DN
NETHERLAND

First Am. Title Insurance Co.
633 Third Ave.
New York, NY 10017

Elektro Fischer GmbH
AngerstraBe 6
Thanhausen 95671
GERMANY

LaSalle Parish Sheriff
PO. Box 70
Jena, LA 71342

Entergy Louisiana, LLC
ATTN: Jon Majewski L-JEF-359
3809 Jefferson Hwy.
Jefferson, LA 70821

Kresta Anlagenbau Gesellchaft
m.b.g. & Co. KG
KrestastraBe 1
St. Andra, Lavantta 9433
AUSTRIA

Southern Industrial Contractors, LLC
158 Industrial Loop
Rayville, LA 71269

Kice Industries, Inc.
5500 Mill Heights Dr.
Wichita, KS 67219

Winn Timber Products, LLC
P.O. Box 1392
Winnfield, LA 71483

James L. Davis Construction
146 Redemption Lane
Ruston, LA 71270

Tank Connection Affiliate Group
3609 N. 16th Street
Parsons, KS 67357

FNW Industrieanlagenbau GmbH
Kirchstetten 100
Kirchstetten 3062
AUSTRIA

Wells Fargo Insurance Services USA
6100 Fairview Road
Suite 800
Charlotte, NC 28210

Sparta Innovations, Inc.
577 Route 535
Notre-Dame, NB E4V 2K4
CANADA

Wessel GmbH
Kessel-und Apparatebau
HagdornstraBe 10
Xanten 46509
GERMANY

GreCon, Inc.
15875 SW 74th Avenue
Tigard, OR 97224

Penske Logistics
P.O. Box 7780-5070
Philadelphia, PA 19182

CLB, LLC
921 Hickory Street
Texarkana, AR 71854

Johnny's Roofing & Metal Works, Inc.
8361 W Antoine Loop
Shreveport, LA 71129

Louisiana Dept of Revenue & Taxation
Sale & Use Tax Division
P.O. Box 201
Baton Rouge, LA 70821

Date: March 15, 2016

*s/ Samantha A. VonSchriltz*
Samantha A. VonSchriltz
Paralegal Specialist
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Telephone No. (318) 676-3456