# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................  $  __283,771,430.14__

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................  $  __158,302,046.37__

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................  $  __442,073,476.51__

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $  __346,726,237.72__

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  $  __44,570.69__

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................  +$  __23,781.22__

4. **Total liabilities** .......................................................................................................................  $  __346,794,589.63__
    Lines 2 + 3a + 3b