# EXHIBIT "1"

# List of Contracts of Either Seller

| | Contract Name/Description | Contract Counterparty | Address |
|---|---|---|---|
| 1 | Wood Pellets Storage and Handling Agreement dated December 5, 2013 | German Pellets Texas, LLC | German Pellets Texas, LLC<br>164 County Road 1040<br>Woodville, TX 75979 |
| 2 | Shipper Broker Agreement | ADM Logistics Inc. | ADM Grain Company,<br>4666 Fairies Parkway, Decatur, IL 62526 |
| 3 | Electric Service Agreement dated February 10, 2014 | Entergy Louisiana, LLC | Entergy Louisiana, LLC<br>PO Box 8108<br>Baton Rouge, LA 70891<br><br>or<br><br>Entergy Louisiana, LLC<br>Attn: Jon A. Majewski L-JEF-359<br>4809 Jefferson Hwy.<br>Jefferson, LA 70121-3122 |
| 4 | Natural Gas Facilities Agreement dated June 17, 2014 | Atmos Energy Marketing, LLC | Atmos Energy Marketing, LLC<br>13430 NW Freeway, Suite 700<br>Houston, TX 77040-6091 |
| 5 | Base Contract for Sale and Purchase of Natural Gas and Transaction Confirmation dated July 7, 2016 | Atmos Energy Marketing, LLC | Atmos Energy Marketing, LLC<br>13430 NW Freeway, Suite 700<br>Houston, TX 77040-6091 |
| 6 | Contract for purchase of pulpwood | B&S Timber | B&S Timber Inc<br>P.O. Box 309<br>Olla, LA 71465-0309 |
| 7 | Contract for purchase of pulpwood | Barker, Davie Logging | David Barker Logging,<br>286 Nebo Belah Rd, Trout, LA 71371 |
| 8 | Contract for purchase of pulpwood | BryantCo. LLC | Bryant Co, LLC,<br>1353 East Bryant Rd, Centrepoint, LA 71323 |
| 9 | Contract for purchase of pulpwood | Burns Forest Prod. | Burns Forest Products, LLC,<br>17691 Hwy 4, Bienville, LA 71008 |
| 10 | Contract for purchase of pulpwood | Buster Mullin | Mullin Wood Co, Inc,<br>PO Box 215, Clarks, LA 71415 |
| 11 | Contract for purchase of pulpwood | Cenla Timber | Cenla Timber, Inc.<br>PO Box 237<br>Libuse, LA 71348-0237 |
| 12 | Contract for purchase of pulpwood | DG&E Logging | DG&E Logging, Inc,<br>302 Eigth St, Jonesboro, LA 71251 |
| 13 | Contract for purchase of pulpwood | Diversified Timber | Diversified Timber Services<br>424 West Court<br>Winnfield, LA 71483-2744 |

188043_2.xlsx

# List of Contracts of Either Seller

| | Contract Name/Description | Contract Counterparty | Address |
|---|---|---|---|
| 14 | Contract for purchase of pulpwood | Fredco Ent. | FredCo Enterprises,<br>2712 Hwy 121, Otis, LA 71466 |
| 15 | Contract for purchase of pulpwood | Good Hope | Good Hope Timber<br>209 State St.<br>Natchez, MS 39120-3470<br><br>or<br><br>Good Hope Timber<br>PO Box 614<br>Natchez, MS 39121-0614 |
| 16 | Contract for purchase of pulpwood | Halley Timbe | Halley Timber<br>200 N. Main Street<br>Farmerville, LA 71241-2824<br><br>or<br><br>Halley Timber Company, Inc.<br>P. O. Box 189<br>Farmerville, LA 71241-0189<br><br>or<br><br>Halley Timber Company, Inc. c/o<br>David C. McMillin<br>P.O. Box 14415<br>Monroe, LA 71207-4415 |
| 17 | Contract for purchase of pulpwood | Hancock Forest Management | Hancock Forest Management,<br>8570 Business Park Dr, Ste 20,<br>Shreveport, LA 71105 |
| 18 | Contract for purchase of pulpwood | Hunt Forest Products | Hunt Forest Products, Inc,<br>PO Box 1263, Ruston, LA 71270 |
| 19 | Contract for purchase of pulpwood | John Hancock Life-Red River | Hancock Forest Management,<br>8570 Business Park Dr, Ste 20<br>Shreveport, LA 71105 |
| 20 | Contract for purchase of pulpwood | Joseph Lang Logging | Joseph Lang Logging, Inc,<br>7958 Gum Springs Rd, Atlant, LA 71404 |
| 21 | Contract for purchase of pulpwood | Larry Adkins Timber | Larry Adkins Timber Co., Inc.<br>1237 Hester Road<br>Grayson, LA 71435-3043 |
| 22 | Contract for purchase of pulpwood | Lasiter Logging | Lasiter Logging, Inc,<br>PO Box 1151, Olla, LA 71465 |
| 23 | Contract for purchase of pulpwood | MD Smith Lumber | MD Smith Lumber Co.<br>P.O. Box 190<br>Clarks, LA 71415-0190 |

# List of Contracts of Either Seller

| | Contract Name/Description | Contract Counterparty | Address |
|---|---|---|---|
| 24 | Contract for purchase of pulpwood | McFarland/Cascade | McFarland Cascade Holding, Inc, PO Box 1496, Tacoma, WA 98421 |
| 25 | Contract for purchase of pulpwood | Pineland Timber | Pineland Contracting, Inc. PO Box 1912 Jena, LA 71342 |
| 26 | Contract for purchase of pulpwood | PTM | Professional Timberland Management P.O. Box 1558 Broussard, LA 70518-1558 |
| 27 | Contract for purchase of pulpwood | Price, Beville, Smith | Price Beville Smith, Inc. 1510 Bessie Avenue Winnfield, LA 71483-3539 |
| 28 | Contract for purchase of pulpwood | RAAT | RAAT Contracting, 434 Hwy 770, Olla, LA 71465 |
| 29 | Contract for purchase of pulpwood | Red Mountain Harvesting | Red Mountain Harvesting, LLC 31 Inverness Center Parkway Suite 3 Birmingham, AL 35242-4816 |
| 30 | Contract for purchase of pulpwood | Red River Louisiana | Hancock Forest Management - Red River 8570 Business Park Drive, Ste 200 Shreveport, LA 71105 |
| 31 | Contract for purchase of pulpwood | Richards Logging | Richard Logging 863 Hwy 500, Georgetown, LA 71432 |
| 32 | Contract for purchase of pulpwood | Rowland Timber Co. | Rowland Timber Co, Inc, 121 Calhoun St, Columbia, LA 71418 |
| 33 | Contract for purchase of pulpwood | Southern Timber Solutions | Southern Timber Solutions, PO Box 171, Calvin, LA 71410 |
| 34 | Contract for purchase of pulpwood | Stella-Jones/Mcfarland Cascade | McFarland Cascade Holding, Inc, PO Box 1496, Tacoma, WA 98421 |
| 35 | Contract for purchase of pulpwood | Stott | Stott Wood Co, Inc, PO Box 219, Olla, LA 71465 |
| 36 | Contract for purchase of pulpwood | Tant Logging | Don Tant Logging, Inc, 3824 Hwy 500, Georgetown, LA 71432-3631 |
| 37 | Contract for purchase of pulpwood | TexAna L&T | Texana Land & Timber, LLC, 1510 Bessie Ave, Winnfield, LA 71483 |
| 38 | Contract for purchase of pulpwood | T&T | T&T Logging Inc. 170 Castor Hill Tullos, LA 71479-6078 |

# List of Contracts of Either Seller

| | Contract Name/Description | Contract Counterparty | Address |
|---|---|---|---|
| 39 | Contract for purchase of pulpwood | Teddy May Logging | May Timber, LLC,<br>3103 Cypress St, Ste 3-276,<br>West Monroe, LA 71291 |
| 40 | Contract for purchase of pulpwood | Walsh Timber Co | Walsh Timber Company LLC<br>500 Oosta Road<br>Zwolle LA 71486-3021 |
| 41 | contract for purchase of fuel | 3-D Trucking | 3D Trucking, LLC<br>2107 Louis Gaulden Rd.<br>Centerville, MS 39631-4195 |
| 42 | contract for purchase of fuel | B&S Timber | B&S Timber Inc<br>P.O. Box 309<br>Olla, LA 71465-0309 |
| 43 | contract for purchase of fuel | DG&E | DG&E Logging, Inc,<br>302 Eigth St, Jonesboro, LA 71251 |
| 44 | contract for purchase of fuel | Kisatchie Treating | Kisatchie Treating, LLC<br>10020 Hwy 483<br>Converse, LA 71419-3650 |
| 45 | contract for purchase of fuel | M D Smith | MD Smith Lumber Co.<br>P.O. Box 190<br>Clarks, LA 71415-0190 |
| 46 | contract for purchase of fuel | Price, Bevell, Smith | Price Beville Smith, Inc.<br>1510 Bessie Avenue<br>Winnfield, LA 71483-3539 |
| 47 | contract for purchase of fuel | Stella-Jones/McFarland Cascade | McFarland Cascade Holding, Inc,<br>PO Box 1496, Tacoma, WA 98421 |
| 48 | contract for purchase of fuel | WD Chips | WD Chips, LLC<br>P.O. Box 1109<br>Leesville, LA 71446 |
| 49 | contract for purchase of residual chips | Hunt-Pollock | Hunt Forest Products, Inc,<br>PO Box 1263, Ruston, LA 71270 |
| 50 | contract for purchase of residual chips | Winn Lumber | Winn Lumber Company, LLC<br>PO Box 686<br>Winnfield, LA 71483-0686 |
| 51 | contract for purchase of Chip Mill Chips, Fuel | Winn Timber | Winn Timber Products, LLC<br>P.O. Box 1392<br>Winnfield, LA 71483-1392 |
| 52 | Amended and Restated Lease Agreement | Louisiana Pellets, Inc. | Louisiana Pellets Inc.<br>4915 Hwy. 125<br>Urania, LA 71480 |
| 53 | Amended and Restated Lease Agreement | Louisiana Pellets, Inc. | Louisiana Pellets Inc.<br>4915 Hwy. 125<br>Urania, LA 71480 |

# List of Contracts of Either Seller

| | Contract Name/Description | Contract Counterparty | Address |
|---|---|---|---|
| 54 | PORT ARTHUR FACILITY OPTION AGREEMENT dated December 4, 2013 | Texas Pellets, Inc. | Texas Pellets, Inc.<br>164 County Road 1040<br>Woodville, TX 75979-6753 |