# MONTHLY OPERATING REPORT

CHAPTER 11

CASE NAME: __LOUISIANA PELLETS, INC. and GERMAN PELLETS LOUISIANA, LLC__

CASE NUMBER: ___16-80162/16-80163___  For Period ___9/1/2017___ to ___9/30/2017___, 20_____.

THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH. The debtor must attach each of the following forms unless the United States Trustee has waived the requirement in writing. File with the court and submit a paper copy to UST with an original signature.

| Form Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| (mark only one - attached or waived) | | |
| {X} | { } | Comparative Balance Sheet (FORM 2-B) |
| {X} | { } | Profit and Loss Statement (FORM 2-C) |
| {X} | { } | Cash Receipts & Disbursements Statement (FORM 2-D) |
| {X} | { } | Supporting Schedules (FORM 2-E) |
| {X} | { } | Narrative (FORM 2-F) |
| {X} | { } | Copies of Bank Statement(s) and Reconciliations of Bank Balance to Book Balance for all Account(s) |

I declare under penalty of perjury that the following Monthly Operating Report and any attachments thereto, are true and correct to the best of my knowledge and belief.

Executed on: __October   15,   2017__
(date)

Debtor(s)*: __LOUISIANA PELLETS, INC.__

__GERMAN PELLETS LOUISIANA, LLC__

By:** __/s/ Chip Cummins__

Position: __Chief Restructuring Officer__

Name of preparer: __Chip Cummins__

Telephone No. of Preparer __201-675-0815__

\* both debtors must sign if a joint petition

\** for corporate or partnership debtor

FORM 2-A
3/11

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Comparative Balance Sheet

| | Filing Date 2/16/2016 | 9/30/2016 | 10/31/2016 | 11/30/2016 | 12/31/2016 | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | 8/31/2017 | 9/30/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| Cash - Bank Balance | $16,673.67 | | | | | | | | | | | | | |
| Outstanding Checks | $0.00 | | | | | | | | | | | | | |
| Cash - Book Balance | $16,673.67 | | | | | | | | | | | | | |
| Accounts Receivable, Net | $3,163,880.00 | | | | | | | | | | | | | |
| Inventory, at lower of cost or market[1] | $15,174,417.08 | | | | | | | | | | | | | |
| Prepaid Expenses and Deposit | $1,150,242.58 | | | | | | | | | | | | | |
| Other | $29,054,314.54 | | | | | | | | | | | | | |
| **Total Current Assets** | $48,459,527.87 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Property, Plant and Equipment | $495,786.63 | | | | | | | | | | | | | |
| Less Accumulated Depreciation | ($69,690.89) | | | | | | | | | | | | | |
| Net Property, Plant and Equipment[1] | $426,095.78 | | | | | | | | | | | | | |
| Other Assets: Security Deposit | $1,470,586.54 | | | | | | | | | | | | | |
| **Total Assets** | $49,356,210.19 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | | | | | |
| **Post Petition Liabilities** | | | | | | | | | | | | | | |
| Taxes Payable | $0.00 | | | | | | | | | | | | | |
| Accounts Payable | $0.00 | | | | | | | | | | | | | |
| Other | $0.00 | | | | | | | | | | | | | |
| Sales Proceeds / Payable to LP | $0.00 | | | | | | | | | | | | | |
| DIP Loan Payable to LP[2] | $0.00 | | | | | | | | | | | | | |
| **Total Post Petition Liabilities** | $0.00 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Prepetition Liabilities** | | | | | | | | | | | | | | |
| Notes payable - secure | $0.00 | | | | | | | | | | | | | |
| Priority Debt | $0.00 | | | | | | | | | | | | | |
| Unsecured Debt | $29,106,889.84 | | | | | | | | | | | | | |
| **Total Liabilities** | $30,467,512.69 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Equity (Deficit)** | | | | | | | | | | | | | | |
| Preferred Stock | $0.00 | | | | | | | | | | | | | |
| Common Stock | $0.00 | | | | | | | | | | | | | |
| Capital in Excess of Par | $30,000.00 | | | | | | | | | | | | | |
| Retained Earnings | | | | | | | | | | | | | | |
| Through filing date | ($11,250,192.14) | | | | | | | | | | | | | |
| Post Filing Date | $0.00 | | | | | | | | | | | | | |
| **Total Equity (Net Worth)** | ($11,220,192.14) | | | | | | | | | | | | | |
| **Total Liabilities and Equity** | $49,356,210.19 | | | | | | | | | | | | | |

(1) - Prior Balance Sheet included uncompleted work at the plant as "Work in Process" in Inventory. This has been included in the Property Plant & Equipment line item.

(2) - The Debtor-in-Possession loan is drawn from the restricted cash amount held by UMB on the LPI balance sheet. Funds that are either transferred to GPLA or paid directly to vendors on behalf of GPLA will be shown as an loan to GPLA. The 3/31/16 balance sheet has been updated to reflect this.

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Profit and Loss Statement

| | Filing Date 2/18/16 - 3/31/16 | 9/30/2016 | 10/31/2016 | 11/30/2016 | 12/31/2016 | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | 8/31/2017 | 9/30/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $0.00 | ($5,169,813.26) | ($1,069,262.77) | ($222,724.53) | ($89,292.70) | ($1,548,804.58) | ($2,306.91) | ($1,352,415.25) | ($7,449.74) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | |
| Material | ($225,814.59) | ($232,064.93) | ($206,943.73) | ($240,270.29) | ($236,319.48) | ($150,178.77) | $0.00 | ($161,512.45) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor - Direct | ($175,014.11) | | | | | | | | | | | | | |
| Manufacturing Overhead | | | | | | | | | | | | | | |
| Total Cost of Goods Sold | ($400,828.70) | ($232,064.93) | ($206,943.73) | ($240,270.29) | ($236,319.48) | ($150,178.77) | $0.00 | ($161,512.45) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross Profit | ($400,828.70) | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Selling and Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General & Administrative | ($148,029.42) | ($812,491.43) | ($201,326.21) | ($658,127.75) | ($779,340.42) | ($1,330,357.01) | ($801,929.09) | ($436,058.77) | ($307,160.93) | ($488,526.66) | ($1,020,542.91) | ($249,796.85) | ($219,057.77) | ($149,131.52) |
| Non-Cash Lease Expense to LPI[1] | $0.00 | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | ($2,000,000.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Operating Expenses | ($148,029.42) | ($2,812,491.43) | ($2,201,326.21) | ($2,658,127.75) | ($2,779,340.42) | ($3,330,357.01) | ($2,801,929.09) | ($2,436,058.77) | ($2,307,160.93) | ($488,526.66) | ($1,020,542.91) | ($249,796.85) | ($219,057.77) | ($149,131.52) |
| Other Revenue (Expenses) | $656.42 | $75.38 | $500.60 | ($1,246.62) | ($46,455.41) | $0.00 | $26,259.00 | $0.00 | ($347,518.28) | $0.00 | $480,594.14 | $765,067.27 | $0.00 | $0.00 |
| Gain (Loss) on Sale of Assets | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($933,624.10) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income before Depreciation & Taxes | ($548,262.70) | ($2,963.36) | $0.00 | ($3,985.39) | ($3,985.39) | ($3,985.39) | ($3,985.39) | ($3,985.39) | ($639.22) | ($639.22) | ($639.22) | ($639.22) | ($639.22) | ($639.22) |
| Depreciation or Amortization | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Extraordinary Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income Tax Expense (Benefit) | $14.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Income (Loss) | ($548,248.10) | | | | | | | | | | | | | |

(1) Represents $2 million/month lease expense to LPI, non-cash transaction.

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Cash Receipts and Disbursements Statement
For Period August 1 - August 31, 2017

Cash Reconciliation

1. Beginning Cash Balance        ██████████

2. Cash Receipts        $0.00

3. Cash Disbursements        ($149,131.52)

4. Net Cash Flow        ██████████

5. Ending Cash Balance        ██████████

Cash Summary - Ending Balance

| | Amount | Financial Institution |
|---|---|---|
| 1. Real Estate Account | | |
| 2. Trust Account | | |
| 3. Operating and/or Personal Account | $0.00 | Commerzbank (Closed) |
| Operating and/or Personal Account | $0.00 | Sabine State Bank (Closed) |
| Operating and/or Personal Account | $0.00 | Citizens State Bank (Closed) |
| Operating and/or Personal Account | $4,733.03 | Southern Heritage |
| Operating and/or Personal Account | ██████ | Capital One |
| 4. Payroll Account | | |
| 5. Tax Account | | |
| 6. Other Accounts | | |
| 7. Cash Collateral Account | | |
| 8. Petty Cash | ————— | |
| TOTAL | ██████████ | |

**Adjusted Cash Disbursements**

| | |
|---|---|
| Cash Disbursements on Line 3 above | $149,131.52 |
| Less: Inter-account transfers & UST fees | $0.00 |
| Add: Disbursements made by UMB on behalf of GPLA | $0.00 |
| | $149,131.52 |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Quarterly Fee Summary
Month Ended August 31, 2017

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| July | $249,756.85 | | | |
| August | $219,057.77 | | | |
| September | $149,131.52 | | | |
| Total Third Quarter | $617,946.14 | $4,875 | | |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Cash Receipts and Disbursements Statement
Cash Receipt Journal
For Period August 1 - August 31, 2017

Account: Capital One
Account Number: ****9327

| Date | Description (Source) | Amount (USD) |
|------|---------------------|--------------|
| | None | |

|  | Total Cash Receipts: | $0.00 |

Account: Southern Heritage Bank GP Louisiana
Account Number: ****0485

| Date | Description (Source) | Amount (USD) |
|------|---------------------|--------------|
| | None | |

|  | Total Cash Receipts: | $0.00 |
|  | Grand Total: | $0.00 |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Cash Receipts and Disbursements Statement
Cash Disbursement Journal
For Period August 1 - August 31, 2017

Account: Capital One
Account Number: ****9327

| Date | Check No. | Description (Source) | Amount (USD) |
|------|-----------|---------------------|--------------|
| 9/1/2017 | | ACH Withdrawal Intuit          QuickBooks COREY *GALLAGHER          1762508 | ($465.69) |
| 9/8/2017 | 995166 | #995166 Paid Check | ($14,982.38) |
| 9/8/2017 | | ACH Withdrawal ADP PAYROLL FEES ADP - FEES German Pellets          10WEQ  9953195 | ($21.43) |
| 9/8/2017 | | Wire transfer withdrawal RPA ADVISORS USD...8922 | ($95,966.92) |
| 9/8/2017 | | Wire transfer withdrawal CONSOLIDATED ASS ET MGMT SV USD...6861 | ($3,996.68) |
| 9/18/2017 | | Wire transfer withdrawal ALEXANDER SIDES  LLC USD...8582 | ($33,609.82) |

Total Cash Disbursements:          ($149,042.92)

Account: Southern Heritage Bank GP Louisiana
Account Number: ****0485

| Date | Check No. | Description (Source) | Amount (USD) |
|------|-----------|----------------------|--------------|
| 9/28/2017 | | EPAY Water Bill | ($88.60) |

Total Cash Disbursements: ($88.60)

Grand Total: ($149,131.52)

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Post-Petition Accounts Payable Aging Report
Month Ended August 31, 2017

| Type | 0-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|
| FITW | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Tax | $0.00 | $0.00 | $0.00 | $0.00 |
| Trade Payables | | | | |
| None | | | | |
| | | | | |
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Accounts Receivable Aging Report
Month Ended August 31, 2017

| Type | 0-30 | 31-60 | 61-90 | Over 90 |
|------|------|-------|-------|---------|
| German Pellets GmbH | $0.00 | $0.00 | $0.00 | $3,163,880.00 |
| GP Texas | $0.00 | $0.00 | $0.00 | ███████ |
| | | | | |
| Total | $0.00 | $0.00 | $0.00 | ███████ |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Insurance Summary

| Type | Carrier / Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|-----------------|--------------|--------------------|--------------|
| Vehicle | Trumbull Insurance Company | $1,000,000 combined single limit (bodily injury/property damage) | 1/1/2018 | Yes |
| Other: | | | | |
| Homeowners | Lexington Insurance Company - Homeowners | Property value: $265,000 | 6/1/2018 | Yes |
| Homeowners Excess | Arch Specialty - Homeowners | Liability limit: $1,000,000 | 6/1/2018 | Yes |
| Director's and Officer's | Endurance American Insurance Company | $5,000,000 | 1/1/2018 | Yes |

Case Name: German Pellets Louisiana, LLC
Case Number: 16-80163
Narrative Statement
For Period August 1 - August 31, 2017

"Louisiana Pellets, Inc. ("LPI") and German Pellets Louisiana, LLC ("GPLA" and collectively, the "Debtors") filed voluntary chapter 11 petitions on February 18, 2016. On February 23, 2016, the court entered an order that their cases be jointly administered under the case number assigned to Louisiana Pellets, Inc.'s case. The Debtors also filed, and the Court subsequently granted, motions concerning maintenance of insurance programs, maintenance of bank accounts, payment of employee wages and employment taxes and maintenance of employee benefit programs and adequate assurance of payment for utility services, among other things. The Debtors have also filed applications for authority to employ and retain counsel and a chief restructuring officer, and the Court has granted those applications. The United States Trustee has appointed an official committee of unsecured creditors, which has retained counsel.

On February 19, 2016, the Debtors filed a motion seeking authority to obtain post-petition financing from German Pellets Holding, USA, Inc., and on February 23 and March 21, 2016, respectively, the Court entered an interim order and a final order granting the motion. On March 15, 2016, the Debtors filed a motion seeking authority to obtain additional post-petition financing from UMB Bank, N.A., as administrative agent for bondholders, and on March 16, March 21 and April 14, 2016, the Court entered a first interim order, a second interim order and a final order granting the motion.  On September 14, 2016, the Debtors filed a motion seeking authority to amend the final order, and that motion was granted.

As the narratives in previous monthly operating reports have discussed, since shortly after commencement of these cases the Debtors and E.ON UK, plc have been engaged in litigation concerning an executory contract between them.  In August 2016, the Debtors and E.ON reached agreement, subject to court approval, on a compromise under which, among other things, E.ON would pay a sum of money to the Debtors and the executory contract would be terminated.  On August 23, 2016, the Debtors filed a motion to approve the compromise and on September 14, 2016, the Court granted such approval. Upon completion of the compromise, all disputes between the Debtors and E.ON will have been resolved.

As previously reported, on April 28, 2016, Debtors filed schedules of assets and liabilities and statements of financial affairs.  On June 3, 2016, Debtors amended certain schedules and their statements of financial affairs and filed an amended creditor matrix.

During May 2016, an order was entered approving Debtors' application to retain an investment banker and consultant.

On May 24, 2016, Debtors filed motions to establish a claims bar date of August 16, 2016, to extend the periods of exclusivity within which only Debtors may propose a reorganization plan and solicit acceptances of that plan, to extend the period during which Debtors may assume or reject non-residential real property leases, to retain conflicts counsel, to retain professionals in the ordinary course of business, and to enter into a management services agreement.  The Court, on June 14, 2016, granted the motions, and the orders were subsequently entered.  Notice of the claim bar date was served on all known creditors.  On August 23, 2016, the Debtors filed a motion for a second extension of the period under which they may assume or reject a ground lease relating to their manufacturing facility.  On September 14, 2016, the Debtors filed a second motion to extend the periods of exclusivity within which only the Debtors may propose a reorganization plan and solicit acceptances of that plan.

The facility restarted July 16th with no major operational issues. As of January 17, 2017, management has been in the process of idling the facility. The debtors successfully completed a 363 auction of substantially all assets on March 30, 2017, and closed the sale on April 25, 2017.  The debtors continue to develop a reorganization plan"

**Capital One Bank**

GERMAN PELLETS LOUISIANA LLC
45 EISENHOWER DR
C/O RPA ADVISORS
PARAMUS NJ  07652

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD   SEPTEMBER 01, 2017  -  SEPTEMBER 29, 2017

**GERMAN PELLETS LOUISIANA LLC**

| Business Analyzed Checking | | | |
|---|---|---|---|
| Previous Balance  08/31/17 | ███████ | Number of Days in Cycle | 29 |
| 0 Deposits/Credits | $0.00 | Minimum Balance This Cycle | |
| 6 Checks/Debits | ($149,042.92) | Average Collected Balance | ███████ |
| Service Charges | $0.00 | | |
| Ending Balance 09/29/17 | ███████ | | |

## ACCOUNT DETAIL    FOR PERIOD   SEPTEMBER 01, 2017  -  SEPTEMBER 29, 2017

**GERMAN PELLETS LOUISIANA LLC**

**Business Analyzed Checking**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 09/01 | ACH Withdrawal Intuit      QuickBooks 090117 COREY *GALLAGHER 1762508 | | $465.69 | █████ |
| 09/08 | Wire transfer withdrawal CONSOLIDATED ASS ET MGMT SV 090817 USD0002156861 | | $3,996.68 | |
| 09/08 | Wire transfer withdrawal RPA ADVISORS 090817 USD0002218922 | | $95,966.92 | |
| 09/08 | ACH Withdrawal ADP PAYROLL FEES ADP - FEES 090817 German Pellets 10WEQ   9953195 | | $21.43 | |
| 09/08 | Check    995166 | | $14,982.38 | |
| 09/18 | Wire transfer withdrawal ALEXANDER SIDES  LLC 091817 USD0002258582 | | $33,609.82 | |
| **Total** | | $0.00 | $149,042.92 | |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



16-80162 - #792  File 12/14/17  Enter 12/14/17 20:53:32  Main Document   Pg 13 of 28

## An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S


 
GERMAN PELLETS LOUISIANA LLC

**ACCOUNT DETAIL**    FOR PERIOD   SEPTEMBER 01, 2017   -   SEPTEMBER 29, 2017

**GERMAN PELLETS LOUISIANA LLC**

**Business Analyzed Checking** ▬▬▬▬▬

**Checks** * designates gap in check sequence

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|-----------|------|--------|-----------|------|--------|-----------|------|--------|
| 995166 | 09/08 | $14,982.38 | | | | | | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2017 Capital One. All rights reserved.



16-80162 - #792   File 12/14/17   Enter 12/14/17 20:53:32   Main Document   Pg 15 of 28

PAGE 4 OF 4



## Southern Heritage Bank
### P.O. BOX 2900•JENA, LA 71342-2900

Page Number     1 of 1
Account Number: ▮▮▮▮▮
Date     09/30/17

*******************EXCLUDE-Email
001720 0.2760 EX 00.000 10 1 27

GERMAN PELLETS, LOUISIANA, LLC
CHAPTER 11 REORGANIZATION
45 EISENHOWER DRIVE
PARAMUS NJ 07652

## STATEMENT SUMMARY AS OF 09/30/17

| Account Name | Account Number | Balance |
|---|---|---|
| CHECKING | ▮▮▮▮▮ | 4,733.03 |

**CHECKING**     **GERMAN PELLETS, LOUISIANA, LLC**     ▮▮▮▮▮
**CHAPTER 11 REORGANIZATION**

| | | | |
|---|---|---|---|
| Beginning Balance | 9/01/17 | 4,821.63 | |
| Deposits / Misc Credits | 0 | .00 | |
| Withdrawals / Misc Debits | 1 | 88.60 | |
| ** Ending Balance | 9/30/17 | 4,733.03 | ** |
| Service Charge | | .00 | |
| Average Collected Balance | | 4,812 | |

### Miscellaneous Debits

| Date | Withdrawals | Activity Description |
|---|---|---|
| 9/28 | 88.60 | PAYPAL/INST XFER USTI EPAY JIMMIE CUMMINS |

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/28 | 4,733.03 | | | | |

### Rewards Summary

ScoreCard Rewards Summary for Card Number ending in 5299

| | | |
|---|---|---|
| Beginning Points | 8/01/17 | 11,872 |
| Points Earned | | 0 |
| ** Points Available | 8/31/17 | 11,872   ** |



5211 JACKSON ST
5617 COLISEUM BLVD.
ALEXANDRIA, LA 71303

4617 MONROE HWY
BALL, LA 71405

P.O. BOX 273
HARRISONBURG, LA 71340

P.O. BOX B
JONESVILLE, LA 71343

P.O. BOX 368
OLLA, LA 71465

3596 HIGHWAY 28 EAST
PINEVILLE, LA 71360

P.O. BOX 157
TULLOS, LA 71479

**MEMBER FEDERAL DEPOSIT INSURANCE CORPORATION**

**Please examine at once. If no error is reported in ten days the account will be considered correct.**

**TO REPORT ERRORS, CALL OUR BOOKKEEPING DEPARTMENT**
P.O. BOX 2900
JENA, LA 71342
318-992-7013

**In Case of Errors or Questions About Your Electronic Transfers**
**(Consumer Accounts Only)**
Telephone us at the above number or Write us at the above address

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

 (1)   Tell us your name and account number (if any)
 (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
 (3)   Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days ( 20 business days if the notice of error involves an electronic fund transfer to or from the account within 30 days after the first deposit to the account was made) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**THIS FORM IS PROVIDED TO HELP YOU**
**BALANCE YOUR STATEMENT**

MONTH _____

CHECKS OUTSTANDING - NOT
CHARGED TO ACCOUNT

| NO. | | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1. Increase your checkbook balance by the amount of interest earned   _____

2. Reduce your checkbook balance by any service charges not previously recorded.   _____

3. Enter bank statement balance here   _____

4. Use panel at right to make list of all checks issued but not yet paid by the bank. Enter and subtract the total of these unpaid checks here   _____

    SUB-TOTAL   _____

5. Enter and add any deposit in transit which does not show on this statement.   _____

6. This balance should be the same as your checkbook balance.   _____

PLEASE USE YOUR MICR PERSONALIZED CHECKS AND DEPOSIT TICKETS

YOUR MICR SYMBOL IS THE SECRET INGREDIENT THAT ENABLES US TO PROVIDE YOU WITH AN ACCURATE, EASY TO RECONCILE STATEMENT!

YOUR STATEMENT IS ONE OF THE MOST COMPLETE STATEMENTS IN USE, IT:

1. RECORDS YOUR DEPOSIT AS RECEIVED.
2. RECORDS THE NUMBER OF CHECKS WRITTEN DURING THE STATEMENT PERIOD.
3. RECORDS YOUR DAILY BALANCE.

GET ALL THE ADVANTAGES YOUR MICR SYMBOL PROVIDES.
ALWAYS USE YOUR ENCODED CHECKS AND DEPOSIT SLIPS WITH YOUR OWN MICR SYMBOL.
PERSONALIZED DEPOSIT SLIPS ARE BOUND INTO THE BACK OF EACH PAD OF ENCODED POCKET CHECKS.
CHECK YOUR SUPPLY NOW; IF YOU'RE RUNNING LOW, RE-ORDER TODAY.

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Comparative Balance Sheet

| | Filing Date 2/16/2016 | 9/30/2016 | 10/31/2016 | 11/30/2016 | 12/31/2016 | 1/31/2017 | 2/28/2017 | 3/31/2017 | 4/30/2017 | 5/31/2017 | 6/30/2017 | 7/31/2017 | 8/31/2017 | 9/30/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| Cash | $1,156.18 | $0.30 | $0.30 | $0.30 | $0.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Restricted Cash [1] | $99,460,946.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accounts Receivable, Net | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Inventory, at lower of cost or market | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prepaid Expenses and Deposits | $32,175,536.47 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 | $32,506,025.55 |
| Other | $3,500,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 | $3,800,000.00 |
| **Total Current Assets** | $135,137,639.05 | $36,306,025.85 | $36,306,025.85 | $36,306,025.85 | $36,306,025.85 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 | $36,306,025.55 |
| | | | | | | | | | | | | | | |
| Property, Plant and Equipment | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 |
| Less Accumulated Depreciation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Property, Plant and Equipment | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 | $283,771,430.14 |
| | | | | | | | | | | | | | | |
| Other Assets: Deferred Finance Expenses | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 | $3,211,665.63 |
| Other Assets: Loan to OP Louisiana LLC | $9,500,000.00 | $9,500,000.00 | $9,500,000.00 | $9,500,000.00 | $9,500,000.00 | $9,500,000.00 | $9,500,000.00 | $44,986,362.19 | $44,986,362.19 | $27,304,413.54 | $27,304,413.54 | $27,304,413.54 | $27,304,413.54 | $27,304,413.54 |
| Other Assets: DIP Loan to OP Louisiana LLC [2] | | | | | | | | | | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 |
| | | | | | | | | | | | | | | |
| **Total Assets** | $431,959,728.80 | $426,117,889.89 | $426,117,889.89 | $423,709,220.47 | $432,079,818.48 | $418,535,957.85 | $417,329,225.15 | $423,329,226.17 | $177,078,960.84 | $176,800,475.61 | $167,789,987.27 | $167,789,987.27 | $167,777,603.42 | $167,770,413.07 |
| | | | | | | | | | | | | | | |
| **Liabilities:** | | | | | | | | | | | | | | |
| **Post Petition Liabilities** | | | | | | | | | | | | | | |
| Taxes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accounts Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accrued Interest Payable | $0.00 | $2,482,955.78 | $2,482,955.78 | $4,932,891.50 | $14,381,674.54 | $14,381,674.54 | $14,381,674.54 | $14,381,674.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payable to GPLA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Post Petition Liabilities** | $0.00 | $2,482,955.78 | $2,482,955.78 | $4,932,891.50 | $14,381,674.54 | $16,864,630.32 | $19,314,566.04 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 | $21,922,030.79 |
| | | | | | | | | | | | | | | |
| **Prepetition Liabilities** | | | | | | | | | | | | | | |
| Notes payable- secured | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 | $330,300,000.00 |
| Accounts Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Debt | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 | $3,863,296.29 |
| Unsecured Debt | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 | $6,477,457.42 |
| Accrued Interest Payable | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 | $20,264,666.40 |
| Other | | | | | | | | | | | | | | |
| **Total Liabilities** | $360,940,938.58 | $363,388,377.89 | $363,388,377.89 | $365,838,313.81 | $375,287,096.85 | $377,770,052.43 | $380,219,988.15 | $382,827,452.90 | $382,827,452.90 | $382,827,452.90 | $382,827,452.90 | $382,827,452.90 | $382,827,453.90 | $382,827,453.90 |
| | | | | | | | | | | | | | | |
| **Equity (Deficit)** | | | | | | | | | | | | | | |
| Preferred Stock | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,300.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Common Stock | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 | $71,913,690.02 |
| Capital in Excess of Par | | | | | | | | | | | | | | |
| Retained Earnings Through filing date | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) | ($904,799.80) |
| Other | $17,009,860.22 | ($7,498,653.09) | ($9,220,378.22) | ($13,051,065.38) | ($14,421,198.38) | ($30,554,549.84) | ($33,960,553.22) | ($37,109,237.00) | ($205,148,492.06) | ($206,477,336.98.11) | ($215,370,768.79) | ($386,020,736.79) | ($315,048,949.48) | ($315,057,039.23) |
| **Total Equity (Net Worth)** | $71,018,790.22 | $63,521,236.13 | ... | $59,762,712.81 | $57,407,008.86 | $40,765,505.42 | $37,109,237.00 | $44,098,773.27 | ($206,148,492.06) | ($205,148,492.06) | ($215,370,768.79) | ($386,020,736.79) | ($315,048,949.48) | ($315,057,039.23) |
| **Total Liabilities and Equity** | $431,959,728.80 | $426,117,889.89 | $426,117,889.89 | $423,709,220.47 | $432,079,818.48 | $418,535,957.85 | $417,329,225.15 | $423,329,226.17 | $177,078,960.84 | $176,800,475.61 | $167,789,987.27 | $167,789,987.27 | $167,777,603.42 | $167,770,413.07 |

(1) The Debtor-in-Possession loan is drawn from the restricted cash amount held by LMB on the DIP balance sheet. Funds that are either transferred to GPLA or paid directly to vendors on behalf of GPLA will be shown as a loan to GPLA. The 3/31/16 balance sheet has been updated to reflect this.

**Case Name: Louisiana Pellets, Inc**
**Case Number: 16-80162**
**Profit and Loss Statement**

| | Filing Date 2/18/16 - 3/31/16 | 9/1/16 - 9/30/16 | 10/1/16 - 10/31/16 | 11/1/16 - 11/30/16 | 12/1/16 - 12/31/16 | 1/1/2017 - 1/31/17 | 2/1/2017 - 2/28/17 | 3/1/2017 - 3/31/17 | 4/1/2017 - 4/30/17 | 5/1/2017 - 5/31/17 | 6/1/2017 - 6/30/17 | 7/1/2017 - 7/31/17 | 8/1/2017 - 8/31/17 | 8/1/2017 - 8/31/17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue[1] | $0.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cost of Goods Sold | | | | | | | | | | | | | | |
| Material | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Labor - Direct | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Manufacturing Overhead | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Cost of Goods Sold | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gross Profit | $0.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $2,000,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Operating Expenses | | | | | | | | | | | | | | |
| Selling and Marketing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General & Administrative | ($477.98) | ($65,706.13) | ($65,706.13) | ($5,940,876.89) | ($2,498,252.64) | ($68,802.40) | ($378,429.63) | ($305,664.47) | ($44,875.33) | ($117,225.78) | $0.00 | ($33,868.23) | ($11,093.87) | ($7,501.49) |
| Other | ($9,081.33) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Operating Expenses | ($9,559.31) | ($65,706.13) | ($65,706.13) | ($5,940,876.89) | ($2,498,252.64) | ($68,802.40) | ($378,429.63) | ($305,664.47) | ($44,875.33) | ($117,225.78) | $0.00 | ($33,868.23) | ($11,093.87) | ($7,501.49) |
| Interest Expense | $0.00 | ($2,465,645.75) | ($2,492,942.46) | ($2,449,935.72) | ($2,449,935.72) | ($2,449,935.72) | ($2,449,935.72) | ($2,449,935.72) | $5,243.43 | $6,956.47 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Revenue | $0.00 | $2,347.98 | $2,347.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Gain (Loss) on Sale of Assets | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($244,546,494.95) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income before Depreciation & Taxes | ($9,559.69) | ($529,003.90) | ($556,300.61) | ($6,290,912.61) | ($2,948,188.36) | ($518,738.12) | ($828,365.35) | ($755,600.19) | ($242,586,116.85) | ($110,269.31) | $0.00 | ($33,868.23) | ($11,093.87) | ($7,501.49) |
| Depreciation or Amortization | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Extraordinary Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Income Tax Expense (Benefit) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Net Income (Loss) | ($9,559.69) | ($529,003.90) | ($556,300.61) | ($6,290,912.61) | ($2,948,188.36) | ($518,738.12) | ($828,365.35) | ($755,600.19) | ($242,586,116.85) | ($110,269.31) | $0.00 | ($33,868.23) | ($11,093.87) | ($7,501.49) |

(1) Revenue represents $2 million/month lease to GPLA, non-cash transaction

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Cash Receipts and Disbursements Statement
For Period August 1 - August 31, 2017

Cash Reconciliation

| | |
|---|---|
| 1. Beginning Cash Balance | $0.00 |
| 2. Cash Receipts | $0.00 |
| 3. Cash Disbursements | $0.00 |
| 4. Net Cash Flow | $0.00 |
| 5. Ending Cash Balance | $0.00 |

Cash Summary - Ending Balance

| | Amount | Financial Institution |
|---|---|---|
| 1. Real Estate Account | | |
| 2. Trust Account | | |
| 3. Operating and/or Personal Account | $0.00 | Commerzbank (Closed) |
| Operating and/or Personal Account | $0.00 | Sabine State Bank (Closed) |
| 4. Payroll Account | | |
| 5. Tax Account | | |
| 6. Other Accounts | | |
| 7. Cash Collateral Account | | |
| 8. Petty Cash | | |
| TOTAL | $0.00 | |

**Adjusted Cash Disbursements**

| | |
|---|---|
| Cash Disbursements on Line 3 above | $0.00 |
| Less inter-account transfers & UST fees | $0.00 |
| Disbursements made by UMB [1] | $7,501.49 |
| | $7,501.49 |

Note 1: Includes December disbursements made from restricted cash by UMB

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Quarterly Fee Summary
Month Ended August 31, 2017

| Payment Date | Cash Disbursements | Quarterly Fee Due | Check No. | Date |
|---|---|---|---|---|
| July | $ 33,868.23 | | | |
| August | $ 11,093.87 | | | |
| September | $ 7,501.49 | | | |
| Total Third Quarter | $52,463.59 | $650 | | |

Note: Disbursements include interest payments and payments made by the Trustee to professionals and payments made on behalf of the debtors.

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Cash Receipts and Disbursements Statement
Cash Receipt Journal
For Period August 1 - August 31, 2017

No receipts noted

Case Name: Louisiana Pellets, Inc.
Case Number: 16-80162
Cash Receipts and Disbursements Statement
Cash Disbursement Journal
For Period August 1 - August 31, 2017

No Disbursements noted

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Post-Petition Accounts Payable Aging Report
Month Ended August 31, 2017

| Type | 0-30 | 31-60 | 61-90 | Over 90 |
|------|------|-------|-------|---------|
| FITW | $0.00 | $0.00 | $0.00 | $0.00 |
| FICA | $0.00 | $0.00 | $0.00 | $0.00 |
| FUTA | $0.00 | $0.00 | $0.00 | $0.00 |
| SITW | $0.00 | $0.00 | $0.00 | $0.00 |
| SUTA | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Tax | $0.00 | $0.00 | $0.00 | $0.00 |
| Trade Payables | | | | |
|   None noted | | | | |
| Totals | $0.00 | $0.00 | $0.00 | $0.00 |

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Accounts Receivable Aging Report
Month Ended August 31, 2017

| Type | 0-30 | 31-60 | 61-90 | Over 90 |
|------|------|-------|-------|---------|
| No receivables noted | | | | |

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Insurance Summary

| Type | Carrier / Agent | Coverage ($) | Date of Expiration | Premium Paid |
|------|-----------------|--------------|--------------------|--------------|
| Vehicle | Trumbull Insurance Company | $1,000,000 combined single limit (bodily injury/property damage) | 1/1/2018 | Yes |

Other:

| | | | | |
|------|-----------------|--------------|--------------------|--------------|
| Homeowners | Lexington Insurance Company - Homeowners | Property value: $265,000 | 6/1/2018 | Yes |
| Homeowners Excess | Arch Specialty - Homeowners | Liability limit: $1,000,000 | 6/1/2018 | Yes |
| Director's and Officer's | Endurance American Insurance Company | $5,000,000 | 1/1/2018 | Yes |

Case Name: Louisiana Pellets, Inc
Case Number: 16-80162
Narrative Statement
For Period August 1 - August 31, 2017

"Louisiana Pellets, Inc. ("LPI") and German Pellets Louisiana, LLC ("GPLA" and collectively, the "Debtors") filed voluntary chapter 11 petitions on February 18, 2016. On February 23, 2016, the court entered an order that their cases be jointly administered under the case number assigned to Louisiana Pellets, Inc.'s case. The Debtors also filed, and the Court subsequently granted, motions concerning maintenance of insurance programs, maintenance of bank accounts, payment of employee wages and employment taxes and maintenance of employee benefit programs and adequate assurance of payment for utility services, among other things. The Debtors have also filed applications for authority to employ and retain counsel and a chief restructuring officer, and the Court has granted those applications. The United States Trustee has appointed an official committee of unsecured creditors, which has retained counsel.

On February 19, 2016, the Debtors filed a motion seeking authority to obtain post-petition financing from German Pellets Holding, USA, Inc., and on February 23 and March 21, 2016, respectively, the Court entered an interim order and a final order granting the motion. On March 15, 2016, the Debtors filed a motion seeking authority to obtain additional post-petition financing from UMB Bank, N.A., as administrative agent for bondholders, and on March 16, March 21 and April 14, 2016, the Court entered a first interim order, a second interim order and a final order granting the motion. On September 14, 2016, the Debtors filed a motion seeking authority to amend the final order, and that motion was granted.

As the narratives in previous monthly operating reports have discussed, since shortly after commencement of these cases the Debtors and E.ON UK, plc have been engaged in litigation concerning an executory contract between them. In August 2016, the Debtors and E.ON reached agreement, subject to court approval, on a compromise under which, among other things, E.ON would pay a sum of money to the Debtors and the executory contract would be terminated. On August 23, 2016, the Debtors filed a motion to approve the compromise and on September 14, 2016, the Court granted such approval. Upon completion of the compromise, all disputes between the Debtors and E.ON will have been resolved.

As previously reported, on April 28, 2016, Debtors filed schedules of assets and liabilities and statements of financial affairs. On June 3, 2016, Debtors amended certain schedules and their statements of financial affairs and filed an amended creditor matrix.

During May 2016, an order was entered approving Debtors' application to retain an investment banker and consultant.

On May 24, 2016, Debtors filed motions to establish a claims bar date of August 16, 2016, to extend the periods of exclusivity within which only Debtors may propose a reorganization plan and solicit acceptances of that plan, to extend the period during which Debtors may assume or reject non-residential real property leases, to retain conflicts counsel, to retain professionals in the ordinary course of business, and to enter into a management services agreement. The Court, on June 14, 2016, granted the motions, and the orders were subsequently entered. Notice of the claim bar date was served on all known creditors. On August 23, 2016, the Debtors filed a motion for a second extension of the period under which they may assume or reject a ground lease relating to their manufacturing facility. On September 14, 2016, the Debtors filed a second motion to extend the periods of exclusivity within which only the Debtors may propose a reorganization plan and solicit acceptances of that plan.

The facility restarted July 16th with no major operational issues. As of January 17, 2017, management has been in the process of idling the facility. The debtors successfully completed a 363 auction of substantially all assets on March 30, 2017, and closed the sale on April 25, 2017. The debtors continue to develop a reorganization plan"