**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **IN RE:**<br>**LOUISIANA PELLETS, INC., et al**<br>*Debtors* | **CASE NO. 16-80162**<br><br>**(Jointly Administered)**<br><br>**CHAPTER 11** |
| **CRAIG JALBERT,**<br>**Chapter 11 Liquidating Trustee,**<br>*Plaintiff*<br><br>V.<br><br>**PHELPS INDUSTRIES, INC.**<br>*Defendant* | **ADV. PROC. NO. 18-05012** |

## NOTICE OF DEFINITE HEARING

**PLEASE TAKE NOTICE** that Craig Jalbert, Chapter 11 Liquidating Trustee for Louisiana Pellets, Inc. and German Pellets Louisiana, LLC filed a Motion for Contempt Due to Automatic Stay Violations and Memorandum in Support of the Motion.[1]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion for Contempt Due to Automatic Stay Violations will be held before the Honorable Robert Kolwe, in the United States Bankruptcy Court for the Western District of Louisiana on August 6, 2019, at 10:00 a.m. at the U.S. Courthouse, 214 Jefferson Street, Suite 100, Lafayette, Louisiana, at which time the Court will consider and rule upon the Motion for Contempt Due to Automatic Stay Violations. Copies of the Motion for Contempt Due to Automatic Stay

---

[1] The Trustee filed his motion in both the bankruptcy proceeding, No. 16-80162, and the adversary proceeding he initiated against Phelps Industries Inc., No. 18-ap-05012. The Trustee seeks only one hearing on the motion.

Violations and the Memorandum in Support are available through the Clerk of the United States Bankruptcy Court, through the Court's website, www.lawb.uscourts.gov, or upon written request to the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that any response to the Motion for Contempt Due to Automatic Stay Violation may be in writing and filed with the Clerk of Court, United States Bankruptcy Court, Western District of Louisiana, U.S. Courthouse, 214 Jefferson Street, Suite 100, Lafayette, Louisiana and served on undersigned counsel at least seven (7) calendar days prior to the noticed hearing date.

Dated: July 15, 2019

Respectfully submitted,

/s/ *Jason W. Burge*
Brent B. Barriere, (La. Bar 2818)
Jason W. Burge (La. Bar 30420)
Rebekka C. Veith (La. Bar 36062)
FISHMAN HAYGOOD, L.L.P.
201 St. Charles Avenue, 46th Floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Email:
bbarriere@fishmanhaygood.com
jburge@fishmanhaygood.com
rveith@fishmanhaygood.com

Catherine E. Lasky (La. Bar 28652)
Kerry A. Murphy (La. Bar 31382)
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, LA 70130
Telephone: (504) 603-1500
Facsimile: (504) 603-1503
E-mail: klasky@laskymurphy.com
kmurphy@laskymurphy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the ECF system, and I e-mailed copies of the foregoing to counsel for Phelps Industries, Inc. at the below-listed e-mail addresses.

S. Ault Hootsell
Butler Snow LLP
201 St. Charles Avenue
New Orleans, LA 70170-3310
(504) 299-7700
Fax : (504) 299-7701
Email: ault.hootsell@butlersnow.com


Lemuel E. Montgomery
William P. Thomas
Anna Little Morris
Butler Snow, LLP
1020 Highland Colony Pkwy, Ste 1400
Ridgeland, MS 39157
(601) 985-4410
Fax : (601) 985-4500
Email: lem.montgomery@butlersnow.com
will.thomas@butlersnow.com
anna.morris@butlersnow

*s/ Jason W. Burge*