UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LOUISIANA PELLETS, INC., et al. | ) | Case No. 16-80162 |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

This is to certify that the *Order* [Doc. 847] on the *Motion for Expedited Hearing* on the *Motion to Partially Lift Seal as to Certain Documents* has been served on the following:

Walter E. Dorroh, Jr.
3225 N 1st Street (physical)
PO Box 1889 (mailing)
Jena, LA 71342

Stephen H. Kupperman
BARRASSO USDIN KUPPERMAN FREEMAN
& SARVER, L.L.C.
909 Poydras Street, 24th Floor
New Orleans, LA 70112
*Attorney for Peter Leibold, Anna Kathrin Leibold, and Michael Leibold*

Brent B. Barriere
Jason W. Burge
Alysson L. Mills
Rebekka C. Veith
FISHMAN HAYGOOD, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170

Jeremy Grabill
PHELPS DUNBAR
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
*Attorney for Continentale Sachversicherung AG*

Catherine E. Lasky
Kerry A. Murphy
LASKY MURPHY LLC
715 Girod Street, Suite 250
New Orleans, LA 70130

Christie C. Wood
P.O. Box 1346
Jena, LA 71342-1346
*Attorney for Meranda Hyman*

| | |
|---|---|
| German Pellets Holding USA, Inc.,<br>Through its Registered Agent for<br>Service of Process,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 | Office of the United States Trustee<br>300 Fannin St., Suite 3196<br>Shreveport, Louisiana 71101 |
| C. Davin Boldissar<br>601 Poydras St., Suite 2660<br>New Orleans, LA 70130 | Alan H. Katz<br>Locke Lord<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281 |
| Bradley Clay Knapp<br>Locke Lord LLP<br>601 Poydras St., Suite 2660<br>New Orleans, LA 70130 | Daniel S. Bleck<br>Adrienne K. Walker<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC<br>One Financial Center<br>Boston, MA 02111 |
| Rudy J. Cerone<br>McGlinchey Stafford<br>601 Poydras St. # 1200<br>New Orleans, LA 70130 | Elizabeth J. Futrell<br>Mark A. Mintz<br>R. Patrick Vance<br>Laura F. Ashley<br>Jones Walker, LLC<br>o/b/o Unsecured Creditor's Committee<br>201 St. Charles Ave.<br>New Orleans, LA 70170-5100 |

by placing a copy of same in the United States Mail, postage prepaid.

Alexandria, Louisiana, this 3rd day of September, 2019.

                                            /s/ Bradley L. Drell
                                              OF COUNSEL